JESSIE TAYLOR, Appellant, *v.* GEORGE J. RYAN et al., Constituting the Board of Education of the City of New York, et al., Respondents.

Argued May 24, 1938; decided July 7, 1938.

*Burgess Osterhout* and *Hyler Connell* for appellant.

*William C. Chanler, Corporation Counsel* (*Alan M. Stroock, Paxton Blair* and *Nelson Rosenbaum* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.  Taking no part: CRANE, Ch. J.